UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | : | |
|---|---|---|
| NECHAMA GROSS, | : | Case No. 1:23-cv-01881-JPO |
| Plaintiff, | : | |
| v. | : | **NOTICE OF VOLUNTARY DISMISSAL** |
| ALERISLIFE, INC., JENNIFER B. CLARK, BRUCE M. GANS, MICHAEL E. WAGNER, BARBARA D. GILMORE, ADAM D. PORTNOY, DONNA D. FRAICHE, and GERARD M. MARTIN, | : | |
| Defendants. | : | |

---

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Nechama Gross ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: March 21, 2023

**WEISS LAW**

By  */s/ Michael A. Rogovin*
Michael Rogovin
305 Broadway, 7th Floor
New York, NY 10007
Tel: (212) 682-3025
Fax: (212) 682-3010

*Attorneys for Plaintiff*